No. 91–1851. BUENAVISTA ESMERALDA CO., LTD., ET AL. *v.* AEROVIAS NACIONALES DE COLOMBIA, S. A., DBA AVIANCA,

ET AL. C. A. 9th Cir. Certiorari denied.